**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John Santana, Civil File No. 00-1834 (MJD/AJB)

Plaintiff,

vs.

**ORDER**

Neil S. Johnson,

Defendant.

Based upon all the files, records, and pleadings herein, this Court finds that the Defendant did not receive the full four pages of Plaintiff's Complaint until October 12, 2000 and thus was unable toto comply with the September 12, 2000 return date designated by this Court in the Summons. Moreover, Plaintiff failed to serve the Defendant with his Motion for Injunctive Relief. This Court further finds that Plaintiff has not been prejudiced by the delay.

IT IS HEREBY ORDERED THAT:

The Defendant's Motion for an Extension of Time to Answer the Complaint is GRANTED. Defendant shall answer the Complaint and respond to the Motion for Injunctive Relief by November 1, 2000.

Dated: 10/23/00

Arthur J. Boylan
Magistrate Judge

AG: 423488,v. 01

FILED OCT 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______