**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

John Santana,

Civil No. 00-1834 (MJD/AJB)

Plaintiff,

v.

**ORDER ON MOTION TO DISMISS OR REQUIRE MORE DEFINITE STATEMENT**

Neil S. Johnson,

Defendant.

This matter is before the Court, Magistrate Arthur J. Boylan, on defendant's motion to dismiss or, in the alternative, direct plaintiff to make a more definite statement. Plaintiff is a pro se and has filed a complaint for violation of civil rights under 42 U.S.C. §1983. Narda M. Jones, Esq., Assistant Attorney General, represents the defendant.

**IT IS HEREBY ORDERED THAT** defendant's motion for dismissal or more definite statement is **denied** [Docket No. 16]. Though the complaint contains minimal underlying facts with respect to the claims that are asserted, the pleading is sufficient to survive dismissal for failure to state a cause of action. While the Court makes no judgment regarding the merits of the claims in a Section 1983 action, the legal nature of each the claims is clearly stated. With respect to the request for more definite statement, the Court finds that the desired information, as set out in examples cited in defendant's motion papers, it material that is typically requested through discovery and should be obtained in that manner. **IT IS FURTHER ORDERED THAT** defendant shall serve and file his Answer to the complaint on or before December 22, 2000.

Dated: 11/28/00

Arthur J. Boylan
United States Magistrate Judge

FILED NOV 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________