**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

John Santana,

Civil No. 00-1834 (MJD/AJB)

Plaintiff,

v.

**ORDER TO TAKE ACTION ON SUMMARY JUDGMENT MOTION**

Neil S. Johnson,

Defendant.

This matter is before the Court, Magistrate Arthur J. Boylan, on defendant's motion for summary judgment, filed December 27, 2000. Plaintiff is a pro se prisoner whose complaint alleges violation of civil rights under 42 U.S.C. §1983 by defendant Johnson, a parole and probation agent for the Minnesota Department of Corrections who was assigned to monitor the plaintiff's supervised release from prison. Defendant asserts that plaintiff's damage claim is barred by Eleventh Amendment immunity; that qualified immunity protects the individual defendant from claims in this case; and that the due process claims in this case are not cognizable under 42 U.S.C.§ 1983. David L. Ramp, Esq., Assistant Attorney General, represents the defendant.

**IT IS HEREBY ORDERED THAT** plaintiff shall have until February 8, 2000, to submit a memorandum response to defendant's motion for summary judgment. Plaintiff's responsive memorandum must be filed with the Court and served upon defendant before February 8, 2000, at which time the motion for summary judgment will be considered fully briefed and ready for determination. Failure to provide a timely written response addressing each

Filed JAN 08 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

of the bases for dismissal will result in consideration of the motion without argument from the plaintiff.

Dated: 1/8/01

Arthur J. Boylan
United States Magistrate Judge