# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John Santana

Plaintiff

v.

Neil S. Johnson

Defendants

Case No. Civil 00-1834 MJD/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motin for summary judgment is granted and that plaintiff's complaint is dismissed. Plaintiff's motion for injunctive relief is deneid.

DATE: June 15, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk